1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RONNIE DAVE LEWIS, | Case No. 2:19-cv-09734-JVS (JDE) |
| Petitioner, | |
| v. | JUDGMENT |
| W.L. MONTGOMERY, Warden, | |
| Respondent. | |

     Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

     IT IS ADJUDGED that the operative Petition is denied and this action is dismissed with prejudice.

Dated: October 08, 2020

_____
JAMES V. SELNA
United States District Judge